# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2756

_____

Beck,                                          *
                                               *
          Appellant,                           *
                                               *   Appeal from the United States
     v.                                        *   District Court for the
                                               *   District of Minnesota.
Erik William Skon; David Crist; Dr.            *
Christopher Ceman,                             *   [UNPUBLISHED]
                                               *
          Appellees.                           *

_____

Submitted: June 18, 2007
Filed: June 26, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this appeal following remand, see Beck v. Skon, 253 F.3d 330 (8th Cir. 2001), Minnesota inmate "Reverend" Beck appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we find that summary judgment was properly granted for the reasons explained by the district court. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

2006) (standard of review). We also find that Beck's discovery-related arguments are meritless, because he did not seek to postpone a ruling on summary judgment, as permitted under Federal Rule of Civil Procedure 56(f). <u>See</u> <u>Stanback v. Best Diversified Prods., Inc.</u>, 180 F.3d 903, 911 (8th Cir. 1999). To the extent Beck intended to challenge the district court's denial of his recusal motions, that challenge fails as well. <u>See</u> <u>Lefkowitz v. Citi-Equity Group, Inc.</u>, 146 F.3d 609, 611-12 (8th Cir. 1998) (recusal motion cannot rest solely on adverse rulings).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____